```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14484
    CHRISTOPHER L KING
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-1623


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/10/2007 and was confirmed 11/01/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.50%.

      The case was dismissed after confirmation 12/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED           977.69           .00             .00
ECAST SETTLEMENT CORP      UNSECURED          2223.59           .00             .00
CHASE HOME FINANCE LLC     CURRENT MORTG        .00             .00             .00
CHASE HOME FINANCE LLC     SECURED NOT I        .00             .00             .00
CHASE HOME FINANCE         NOTICE ONLY     NOT FILED            .00             .00
BANK OF NEW YORK           CURRENT MORTG        .00             .00             .00
BANK OF NEW YORK           MORTGAGE ARRE   3016.28              .00          3016.28
COUNTRYWIDE HOME LENDING   NOTICE ONLY     NOT FILED            .00             .00
FRANKLIN CREDIT MANAGEME   CURRENT MORTG        .00             .00             .00
FRANKLIN CREDIT MANAGEME   SECURED NOT I        .00             .00             .00
HSBC MORTGAGE SERVICE      CURRENT MORTG        .00             .00             .00
HSBC MORTGAGE SERVICE      MORTGAGE ARRE   5006.97              .00           738.68
COOK COUNTY TREASURER      SECURED              .00             .00             .00
COOK COUNTY TREASURER      SECURED              .00             .00             .00
B-REAL LLC                 UNSECURED        5722.06             .00             .00
JP MORGAN CHASE BANK       UNSECURED       NOT FILED            .00             .00
FINANICAL RECOVERY SERVI   NOTICE ONLY     NOT FILED            .00             .00
WELLS FARGO FINANCIAL IN   UNSECURED       13270.51             .00             .00
NICOR ADVANCE ENERGY       UNSECURED       NOT FILED            .00             .00
DIVERSIFIED ADJUSTMENT S   UNSECURED       NOT FILED            .00             .00
FRANKLIN CREDIT            NOTICE ONLY     NOT FILED            .00             .00
CITY OF CHICAGO HEIGHTS    UNSECURED       NOT FILED            .00             .00
POOR MANS HEATING & COOL   UNSECURED       NOT FILED            .00             .00
MUNICIPAL COLLECTION SER   UNSECURED       NOT FILED            .00             .00
ILLINOIS DEPT OF REVENUE   FILED LATE           .00             .00             .00
JOYNER LAW OFFICE          DEBTOR ATTY     2,400.00                          2,400.00
TOM VAUGHN                 TRUSTEE                                             495.04
DEBTOR REFUND              REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14484 CHRISTOPHER L KING
```

```
--------------------------------------------------------------------------------
TRUSTEE                                     6,650.00

PRIORITY                                                             .00
SECURED                                                         3,754.96
UNSECURED                                                            .00
ADMINISTRATIVE                                                  2,400.00
TRUSTEE COMPENSATION                                              495.04
DEBTOR REFUND                                                        .00
                                         ---------------   ---------------
TOTALS                                      6,650.00            6,650.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
     Dated: 03/05/09                 _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 14484 CHRISTOPHER L KING